# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 30, 2020

158240 (87)(90)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SUSAN BISIO,
        Plaintiff-Appellant,

v

THE CITY OF THE VILLAGE OF
CLARKSTON,
        Defendant-Appellee.

SC: 158240
COA: 335422
Oakland CC: 2015-150462-CZ

_____/

On order of the Court, the motion for leave to file a reply is GRANTED, and the brief filed with the motion is accepted for filing. The motion for review of taxation of costs is considered, and it is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 30, 2020



Clerk

t0921